# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 15-4202-PLA                                                                 Date  July 24, 2015

Title: John Aguilar v. Portfolio Recovery Associates

---

PRESENT: THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**     **(IN CHAMBERS)**

Plaintiff(s) is ordered to show cause in writing **no later than July 31, 2015**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of an Answer by the defendant or plaintiff's request for entry of default as an appropriate response to this OSC, on or before the above date.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED**.

cc:     Counsel of Record

Initials of Deputy Clerk    ch